UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DRACUS PERRY | CIVIL ACTION |
| VERSUS | NO. 25-359 |
| INTERNATIONAL PAPER COMPANY, ET AL. | SECTION "A" (5) |

## ORDER AND REASONS

Before the Court is **Motion to Stay Matter Pending Outcome of Plaintiff's Appeal (Rec. Doc. 22)** filed by Plaintiff Dracus Perry. Defendants International Paper Company ("International Paper"), Angus MacIntire, Scott Dinkel, and Laura Anderson (the "International Paper Employees") (collectively, the "International Paper Defendants") oppose the motion. The motion, set for submission on October 29, 2025, is before the Court on the briefs without oral argument. For the following reasons, the Court **DENIES** the motion.

Mr. Perry requests that the Court stay this proceeding during the pendency of his appeal of the Court's Order (Rec. Doc. 17). The Fifth Circuit lacks jurisdiction over Mr. Perry's appeal because the Court's dismissal of his claims is an interlocutory order that was neither designated as a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, nor certified for immediate appeal pursuant to 28 U.S.C. § 1292(b).

Accordingly;

**IT IS ORDERED** that the **Motion to Stay Pending Appeal (Rec. Doc. 22)** filed by Plaintiff is **DENIED**.

November 4, 2025

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE